# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 98-30670
Summary Calendar
_____

ALICE E. GUILLORY,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-1425
- - - - - - - - - -

July 1, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:*

Alice Guillory appeals the district court's judgment for the Commissioner in her action pursuant to 42 U.S.C. § 405(g) for review of the Administrative Law Judge's ("ALJ") decision denying her request for Disability Insurance Benefits and Supplemental Security Income. We review the Commissioner's decision to determine whether the decision is supported by substantial evidence in the record and whether the Commissioner applied the proper legal

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

standards in evaluating the evidence.  <u>Villa v. Sullivan</u>, 895 F.2d 1019, 1021 (5th Cir. 1990).

Guillory makes the following contentions:  (1) the ALJ failed to evaluate her impairments in the aggregate; (2) the Appeals Council should have remanded the case in light of new and material evidence; and (3) the magistrate judge improperly engaged in *de novo* review of the new evidence when he found it "cumulative."  We have reviewed the record and the parties' briefs, and we find no reversible error.  Accordingly, we AFFIRM the judgment entered by the district court.  See <u>Guillory v. Apfel</u>, No. 97-1425 (W.D. La. May 19, 1998).

AFFIRMED.